IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE SMITH, SR.,

    Petitioner,                  No. 2:00-cv-0766 FCD JFM (HC)

    vs.

ATTORNEY GENERAL OF CALIFORNIA,

    Respondent.               ORDER

/

        Petitioner is a county jail inmate. On March 15, 2011, petitioner filed a motion to reopen this action and consolidate it with a case against the City of Fairfield. This petition for writ of habeas corpus was dismissed without prejudice on November 20, 2000 due to petitioner's failure to file an amended petition. Petitioner has not shown grounds for reopening this action over ten years after dismissal, nor is there any basis for consolidating it with a separate civil action. Accordingly, IT IS HEREBY ORDERED that petitioner's March 15, 2011 motion is denied.

DATED: April 27, 2011.

UNITED STATES MAGISTRATE JUDGE